Ryan M. McNamara, State Bar No. 223606
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax:  (949) 717-3100
Rmcnamara@calljensen.com

Attorneys for Defendants Harjinder Singh Gill, Jasvir K. Gill and Chowchilla 25807, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORENO,<br><br>         Plaintiff,<br><br>     vs.<br><br>HARJINDER SINGH GILL; JASVIR K. GILL; CHOWCHILLA 25807, INC., a California Corporation; and DOES 1 – 10,<br><br>         Defendants. | Case No.  1:14-cv-00550-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MANDATORY SCHEDULING CONFERENCE**<br><br>Complaint Filed:   04/18/14<br>Trial Date:         None Set |

Attorneys for the Parties have jointly prepared, and respectfully submit this Stipulation and Order to Continue the Case Management Conference currently scheduled for June 24, 2014 and the Mandatory Scheduling Conference currently scheduled for July 31, 2014.

## STIPULATION

By Order dated June 9, 2014, the Court scheduled a Case Management Conference to be held on June 24, 2014. By Order dated April 18, 2014 the Court set a Mandatory Scheduling Conference for July 31, 2014. The Parties are near settling this

case, and thus, the Parties have agreed that it is advisable to continue the Case Management Conference and the Mandatory Scheduling Conference. Subject to approval of the accompanying Proposed Order, the Parties hereby stipulate, through their respective counsel of record, to the continuance of the Case Management Conference directed by the court until August 5, 2014 and the continuance of the Mandatory Scheduling Conference directed by the court until September 25, 2014.

Dated:  June 23, 2014                CALL & JENSEN
                                     A Professional Corporation
                                     Ryan M. McNamara


                                     By: /s/ Ryan McNamara_____
                                         Ryan M. McNamara

                                     Attorneys for Defendants Harjinder Singh Gill, Jasvir K. Gill and Chowchilla 25807, Inc.


Dated:  June 19, 2014                CENTER FOR DISABILITY ACCESS


                                     By: /s/ Phyl Grace (as authorized on 06/19/14)
                                         Phyl Grace

                                     Attorneys for Plaintiff Juan Moreno

# ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MANDATORY SCHEDULING CONFERENCE

The Parties have filed a Stipulation and Order to continue the Case Management Conference currently scheduled on June 24, 2014, and the Mandatory Scheduling Conference currently scheduled on July 31, 2014.  The Stipulation requests that the Court postpone the June 24, 2014, Case Management Conference until August 5, 2014, and the Mandatory Scheduling Conference until September 25, 2014.

The Court has reviewed the Stipulation and the record in this matter and finds that good cause exists to enter this Order to continue the Case Management Conference and the Mandatory Scheduling Conference.

The June 24, 2014, Case Management Conference is continued to August 5, 2014, at 10:45 a.m.

The July 31, 2014, Mandatory Scheduling Conference is continued to September 25, 2014, at 9:45 a.m.

IT IS SO ORDERED.

Dated:   **June 23, 2014**                              **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE