# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORENO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARJINDER SINGH GILL; JASVIR K. GILL; CHOWCHILLA 25807, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | No. 1:14-cv-00550---SKO<br><br>**ORDER AFTER SETTLEMENT** |

　　　　On July 24, 2014, Plaintiff Juan Moreno ("Plaintiff") filed a Notice of Settlement indicating that all parties in this matter have reached a settlement. (Doc. 12.) Plaintiff requests leave of the Court to permit the parties to file dispositional documents within 45 days.

　　　　Accordingly, the Court ORDERS the parties, **by no later than September 8, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed. The Court VACATES all future dates in this matter.

IT IS SO ORDERED.

Dated: __July 25, 2014__　　　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE