1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MORENO, | Case No.  1:14-cv-00550-SKO |
| Plaintiff, | **ORDER TO CLOSE CASE PURSUANT TO STIPULATION TO DISMISS** |
| vs. | |
| HARJINDER SINGH GILL; JASVIR K. GILL; CHOWCHILLA 25807, INC., a California Corporation; and DOES 1 – 10, | |
| Defendants. | |

Complaint Filed:   04/18/14
Trial Date:         None Set

    Pursuant to the terms of the parties' Stipulation for Dismissal under Federal Rule of Civil Procedure 41(a)(1)A)(ii), the Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

    Dated:   **August 22, 2014**            **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

CALL & JENSEN

ORDER TO CLOSE CASE PURSUANT TO STIPULATION TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO CLOSE CASE PURSUANT TO STIPULATION TO DISMISS